UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| JULIANNA B.,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case No. 2:23-cv-00125<br><br>Magistrate Judge Daphne A. Oberg |

    IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and the case is remanded for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    DATED this 27th day of July, 2023.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge